United States District Court
Southern District of Texas

**ENTERED**
December 26, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT OFFICE | | SOUTHERN DISTRICT OF TEXAS |

The United States of America,

Plaintiff,

Versus                                    Criminal No. 2:23-CR-00466-003

Deivis Reinaldo Rodriguez-Ramirez

(43136-510)

Defendant

## ORDER TO SURRENDER

Having been sentenced to the custody of the Attorney General,

Deivis Reinaldo Rodriguez-Ramirez

is ordered to surrender by 2:00 PM on January 14, 2025, at

Federal Correctional Institution Oakdale II

2105 East Whatley Road

Oakdale, LA 71463

(318) 335-4466

Signed on  12/26/24  , at Corpus Christi, Texas.

United States District Judge

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas

**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Holding Session in Corpus Christi

UNITED STATES OF AMERICA

v.

**DEIVIS REINALDO RODRIGUEZ-RAMIREZ**

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 2:23CR00466-003

USM NUMBER: 43136-510

David Cano
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s) 1, 2, and 3, on September 10, 2024,
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i) | Conspiracy To Transport Undocumented Aliens | 08/21/2023 | 1 |
| 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii) | Aiding And Abetting The Transportation Of An Undocumented Alien | 08/21/2023 | 2 & 3 |

☐ See Additional Counts of Conviction.

    The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 3, 2024
Date of Imposition of Judgment

*/s/ Nelva Gonzales Ramos*
Signature of Judge

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

December 4, 2024
Date

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
　　　　　　　　　　 Sheet 2 – Imprisonment

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judgment — Page 2 of 6

DEFENDANT: **DEIVIS REINALDO RODRIGUEZ-RAMIREZ**
CASE NUMBER: **2:23CR00466-003**

## IMPRISONMENT

　　　The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 18 months.
This term consists of 18 months as to each of Counts One, Two, and Three, to be served concurrently.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ on _____

　　☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____

　　☒ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

　　Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment — Page 3 of 6

DEFENDANT: **DEIVIS REINALDO RODRIGUEZ-RAMIREZ**
CASE NUMBER: **2:23CR00466-003**

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 2 years.
This term consists of 2 years as to each of Counts One, Two, and Three, to be served concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3D – Supervised Release

Judgment — Page 4 of 6

DEFENDANT: **DEIVIS REINALDO RODRIGUEZ-RAMIREZ**
CASE NUMBER: **2:23CR00466-003**

## SPECIAL CONDITIONS OF SUPERVISION

**IMMIGRATION RELATED REQUIREMENTS:** You must follow U.S. Immigration and Customs Enforcement instructions and reporting requirements until any deportation proceedings are completed. If you are ordered deported from the United States, you must remain outside the United States unless legally authorized to reenter. If you reenter the United States, you must report to the nearest probation office within 72 hours after you return.

You must seek proper documentation from U.S. Immigration and Customs Enforcement authorizing you to work in the United States.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: **DEIVIS REINALDO RODRIGUEZ-RAMIREZ**
CASE NUMBER: **2:23CR00466-003**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| **TOTALS** | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 |

A $100.00 special assessment is ordered as to each of Counts One, Two, and Three, for a total of $300.00.

Based upon a finding of indigency, the Court waives the $5,000 additional special assessment required under the Justice for Victims of Trafficking Act of 2015, pursuant to 18 U.S.C. § 3014.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**[3] | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| ☐ See Additional Restitution Payees. | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT: **DEIVIS REINALDO RODRIGUEZ-RAMIREZ**
CASE NUMBER: **2:23CR00466-003**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☐   Lump sum payment of $_____ due immediately, balance due

      ☐   not later than _____, or
      ☐   in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☒   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C    ☐   Payment in equal _____ installments of $_____ over a period of _____, to commence _____ after the date of this judgment; or

D    ☐   Payment in equal _____ installments of $_____ over a period of _____, to commence _____ after release from imprisonment to a term of supervision; or

E    ☐   Payment during the term of supervised release will commence within _____ after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☒   Special instructions regarding the payment of criminal monetary penalties:

      Payable to:    Clerk, U.S. District Court
                         Attn: Finance
                         1133 N. Shoreline Blvd., Ste. 208
                         Corpus Christi, TX 78401

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

**Case Number
Defendant and Co-Defendant Names
(including defendant number)**       **Total Amount**       **Joint and Several Amount**       **Corresponding Payee, if appropriate**

☐   See Additional Defendants and Co-Defendants Held Joint and Several.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

INTERPRETER,PPSURCC

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:23-cr-00466-3

| | |
|---|---|
| Case title: USA v. Perdomo-Castro et al | Date Filed: 09/13/2023 |
| Magistrate judge case number: 2:23-mj-00639 | Date Terminated: 12/04/2024 |

Assigned to: Judge Nelva Gonzales Ramos

### Defendant (3)

**Deivis Reinaldo Rodriguez-Ramirez**
*Secured $30,000 with $500 Cash Deposit*
*TERMINATED: 12/04/2024*

represented by **David Cano**
David Cano Law Firm
555 N. Carancahua St., Tower II
Ste. 1010
Corpus Christi, TX 78401
361-215-9258
Fax: 361-994-9401
Email: dcanolaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Corpus Christi Interpreter**
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

CONSPIRE TO TRANSPORT
UNDOCUMENTED ALIENS WITHIN
THE UNITED STATES
(1)

BRINGING IN AND HARBORING
ALIENS
(2-3)

### Disposition

18 months CBOP on Counts 1, 2, 3 to be served concurrently for a total of 18 months CBOP; $100 Special Assessment on Counts 1, 2, 3 for a total of $300 Special Assessment; No add'l assessment as Deft is indigent; 2 years of Supervised Release on Counts 1, 2, 3 to be served concurrently for a total of 2 years of Supervised Release; Standard and Mandatory Conditions; Immigration Related Requirements

18 months CBOP on Counts 1, 2, 3 to be served concurrently for a total of 18 months CBOP; $100 Special Assessment on Counts 1, 2, 3 for a total of $300 Special Assessment; No add'l assessment as Deft is indigent; 2 years of Supervised Release on Counts 1, 2, 3 to be served concurrently for

a total of 2 years of Supervised Release; Standard and Mandatory Conditions; Immigration Related Requirements

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 8:1324.F ----BRINGING IN AND HARBORING ALIENS | 18 months CBOP on Counts 1, 2, 3 to be served concurrently for a total of 18 months CBOP; $100 Special Assessment on Counts 1, 2, 3 for a total of $300 Special Assessment; No add'l assessment as Deft is indigent; 2 years of Supervised Release on Counts 1, 2, 3 to be served concurrently for a total of 2 years of Supervised Release; Standard and Mandatory Conditions; Immigration Related Requirements |

**Material Witness**

**Jamie Ismael Elvir-Elvir**
*TERMINATED: 05/03/2024*

represented by **Rene C Flores**
Law Office of Rene C. Flores
400 Mann St., Suite 904
Corpus Christi, TX 78401
361-888-5671
Fax: 361-884-8078
Email: renecflores@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Material Witness**

**Edgar Ramon-Huitz**
*TERMINATED: 05/03/2024*

represented by **Rene C Flores**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **John Robert Lamont**<br>United States Attorney<br>Corpus Christi<br>One Shoreline Plaza South Tower<br>800 N. Shoreline Blvd.<br>Ste 500<br>Corpus Christi, TX 78401<br>361-903-7916<br>Email: john.lamont@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John George Edward Marck**<br>DOJ-USAO<br>Southern District of Texas<br>1000 Louisiana St<br>Ste 2300<br>Houston, TX 77002<br>713-567-9000<br>Email: john.marck@usdoj.gov<br>*TERMINATED: 10/16/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Young Min C. Burkett**<br>US Attorney's Office<br>Department of Justice<br>800 N. Shoreline<br>Suite 500<br>Corpus Christi, TX 78404<br>361-903-7907<br>Email: Young.Min.Burkett@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Financial Litigation**<br>U S Attorney's Office<br>Southern District of Texas<br>1000 Louisiana St<br>Ste 2300<br>Houston, TX 77002<br>713-567-9000<br>Fax: 713-718-3391 fax<br>Email: flu.usatxs-@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2023 | | Arrest of Deivis Reinaldo Rodriguez-Ramirez. (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/23/2023) |

| | | |
|---|---|---|
| 08/22/2023 | 1 | COMPLAINT as to Daikiel Perdomo-Castro (1), Macdiel Labrada-Martin (2), Deivis Reinaldo Rodriguez-Ramirez (3), filed. (Brooks) Initial Appearance set for 8/23/2023 at 09:45 AM before Magistrate Judge Jason B Libby (NeldaGarcia, 2) [2:23-mj-00639] (Entered: 08/22/2023) |
| 08/22/2023 | 2 | Affidavit for Material Witness(es) Jamie Ismael Elvir-Elvir, Edgar Ramon-Huitz as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez. Initial Appearance for Material Witness set for 8/23/2023 at 09:30 AM before Magistrate Judge Jason B Libby, filed. (NeldaGarcia, 2) [2:23-mj-00639] (Entered: 08/22/2023) |
| 08/22/2023 | | US ATTORNEY'S NOTICE OF APPEARANCE. John George Edward Marck appearing for USA, filed.(Marck, John) [2:23-mj-00639] (Entered: 08/22/2023) |
| 08/23/2023 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) JAIME ISMAEL ELVIR-ELVIR as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez (Material Witness(es) informed of rights) held on 8/23/2023. Material Witness consents to this hearing by video conference. Court finds Material Witness qualifies for appointed counsel and counsel is appointed and present in court., Bond set at $10,000 cash or surety., Additional conditions of bond are as follows: his/her deposition must be taken prior to release on bond; must appear at all court proceedings where it is necessary for you to testify as a witness or notified/subpoenaed to be back in court; provide contact information to his/her attorney and stay in contact with attorney while on release; not violate any new federal, state or local law while on bond; 3rd party custodian approved by USPO; residence approved by USPO prior to release; must inform immigration officials he/she has been designated as a material witness in a criminal case., Rights to consular notification given; material witness or their counsel may notify the Court if they request notification. Appearances: Tyler Joseph Foster, AUSA; Rene Flores f/Material Witness; USM: T. Davis; P. Lozano. (Digital # 9:33-9:46) (ERO: Mara Gonzales) (Interpreter: J. Zambrana/used). (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/23/2023) |
| 08/23/2023 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) EDGAR RAMON-HUITZ as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez (Material Witness(es) informed of rights) held on 8/23/2023. Material Witness consents to this hearing by video conference. Court finds Material Witness qualifies for appointed counsel and counsel is appointed and present in court., Bond set at $10,000 cash or surety., Additional conditions of bond are as follows: his/her deposition must be taken prior to release on bond; must appear at all court proceedings where it is necessary for you to testify as a witness or notified/subpoenaed to be back in court; provide contact information to his/her attorney and stay in contact with attorney while on release; not violate any new federal, state or local law while on bond; 3rd party custodian approved by USPO; residence approved by USPO prior to release; must inform immigration officials he/she has been designated as a material witness in a criminal case., Rights to consular notification given; material witness or their counsel may notify the Court if they request notification. Appearances: Tyler Joseph Foster, AUSA; Rene Flores f/Material Witness; USM: T. Davis; P. Lozano. (Digital # 9:33-9:46) (ERO: Mara Gonzales) (Interpreter: J. Zambrana/used). (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/23/2023) |
| 08/23/2023 | | Interpreter needed as to Deivis Reinaldo Rodriguez-Ramirez. Language: SPANISH. Corpus Christi Interpreter for Deivis Reinaldo Rodriguez-Ramirez added. (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/23/2023) |
| 08/23/2023 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: INITIAL APPEARANCE as to Deivis Reinaldo Rodriguez-Ramirez (Defendant informed of rights) held on 8/23/2023. Defendant requests appointed counsel. Financial Affidavit |

| | | |
|---|---|---|
| | | executed. Court grants request for appointment of counsel. Defendant consents to this hearing by video conference. Government moves for detention and requests a continuance. Court grants Government's request for continuance. Rights to consular notification given; defendant or counsel may notify the Court if they request notification. Preliminary Examination & Detention Hearing set for 8/28/2023 at 10:30 AM before Magistrate Judge Jason B Libby. Appearances: Tyler Joseph Foster, AUSA; USPO: Alyssa Barrera; USM: T. Davis; P. Lozano. (Digital # 9:47-10:00) (ERO: Mara Gonzales) (Interpreter: J. Zambrana/used) Deft remanded to custody. (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/23/2023) |
| 08/23/2023 | 5 | BRADY ORDER on Rule 5(f) as to Deivis Reinaldo Rodriguez-Ramirez. (Signed by Magistrate Judge Jason B. Libby) Parties notified. (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/23/2023) |
| 08/23/2023 | 9 | ORDER APPOINTING COUNSEL for Defendant Deivis Reinaldo Rodriguez-Ramirez. David Cano appointed. (Signed by Magistrate Judge Jason B. Libby) Parties notified. (MariaJasso, 2) [2:23-mj-00639] (Entered: 08/23/2023) |
| 08/23/2023 | 10 | Sealed Financial Affidavit CJA 23 by Deivis Reinaldo Rodriguez-Ramirez, filed. [2:23-mj-00639] (Entered: 08/24/2023) |
| 08/25/2023 | 13 | Pretrial Services Report (Sealed) as to Deivis Reinaldo Rodriguez-Ramirez, filed. (JenessaCarrizales, 2) [2:23-mj-00639] (Entered: 08/25/2023) |
| 08/28/2023 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: PRELIMINARY EXAMINATION & DETENTION HEARING as to Deivis Reinaldo Rodriguez-Ramirez held on 8/28/2023 Defendant waives preliminary hearing in open court. Defense counsel requests the Court set bond. Government opposes bond. Arguments. Court sets bond. Court sets bond as follows: 1. $30,000 Bond / $500 cash deposit. ; 1a. The defendants residence must be pre-approved by the U.S. Probation Office. 1b. 3rd party custodian approved by the USPO. 2. The defendant must not violate federal state, or local law while on bond. 3. Pretrial Supervision in the judicial district where he resides. Follow instructions given by USPO; must keep attorney and USPO informed of their current address and phone number. 4. Maintain or actively seek employment. 5. Surrender any passport to the USPO. Refrain from obtaining passport. 6. Travel restricted to the federal judicial district where he resides with permission to travel to Corpus Christi for court appearances, attorney conferences and other court related matters. Outside travel to be pre-approved by the U.S. Probation Office. No travel to Cuba nor any foreign country without written Court approval. He may not reside with persons who do not have status to be in the U.S. He may travel for employment but no over-the-road truck driving; he must be home at night. 7. Avoid all contact with co-defendants, potential co-defendants, co-conspirators, witnesses,victims or potential victims. 8. Refrain from possessing a firearm, destructive device, or other dangerous weapons. 9. Refrain from excessive use of alcohol. 10. Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner. 11. Submit to any drug testing as directed by the U.S. Probation Office. 12. You shall not use or consume products containing or marketed as containing Cannabidiol (CBD). 13. If employed as a truck driver, he must be properly licensed (CDL). 14. Report Contact with Law Enforcement. 15. Defendant agrees to attend all scheduled material witness depositions. Defendant agrees and stipulates that failure to attend a scheduled deposition constitutes a knowing waiver of the Defendants right to be present during the deposition and may constitute a waiver of Defendants right to confront and cross-examine the witness(es). Appearances: Patricia Booth, AUSA; David Cano f/Defendant; USPO: Elizabeth Donez-Delgado; USM: S. Cordero; T. Davis. (Digital # 11:00-11:15) (ERO: Sasha Ozuna) (Interpreter: Juan Morales/used) Deft remanded to custody. (KendraPearson, 2) [2:23-mj-00639] (Entered: 08/28/2023) |

| | | |
|---|---|---|
| 08/31/2023 | | Bond payment received for Deivis Reinaldo Rodriguez-Ramirez. Payment submitted by Regla Gonzalez Perez in the amount of $500.00. Receipt number # 400001449, filed. (BrendaLacy, 4) [2:23-mj-00639] (Entered: 08/31/2023) |
| 09/01/2023 | 18 | ORDER Setting Conditions of Release as to Deivis Reinaldo Rodriguez-Ramirez. Deivis Reinaldo Rodriguez-Ramirez (3) Secured $30,000/ $500 Cash Deposit ( Signed by Magistrate Judge Jason B Libby) (Attachments: # 1 Unredacted attachment) Parties notified. (SashaOzuna, 2) [2:23-mj-00639] (Entered: 09/01/2023) |
| 09/01/2023 | 19 | Appearance Bond Entered as to Deivis Reinaldo Rodriguez-Ramirez in amount of $30,000 Secured/ $500 cash deposit,, filed. (Attachments: # 1 Unredacted attachment, # 2 Affidavit, # 3 Exhibit)(SashaOzuna, 2) [2:23-mj-00639] (Entered: 09/01/2023) |
| 09/13/2023 | 22 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Daikiel Perdomo-Castro (1) count(s) 1, 2-3, Macdiel Labrada-Martin (2) count(s) 1, 2-3, Deivis Reinaldo Rodriguez-Ramirez (3) count(s) 1, 2-3, filed. (Attachments: # 1 Unredacted attachment) (ChristinaAvila, 2) (Entered: 09/13/2023) |
| 09/13/2023 | 23 | US Attys Criminal Docket Sheet as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez, filed.(ChristinaAvila, 2) (Entered: 09/13/2023) |
| 09/13/2023 | 24 | SCHEDULING ORDER as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez. Motions to Continue the Final Pretrial Conference and Jury Trial, Motions in Limine, Exhibit and Witness Lists, and Proposed Jury Instructions due no later than three (3) days before the Final Pretrial Conference. Arraignment set for 9/20/2023 at 10:00 AM before Magistrate Judge Julie K. Hampton.. Final Pretrial Conference set for 10/26/2023 at 09:00 AM before Judge Nelva Gonzales Ramos.. Jury Trial set for 11/6/2023 at 09:00 AM before Judge Nelva Gonzales Ramos (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (ChristinaAvila, 2) (Entered: 09/13/2023) |
| 09/15/2023 | 27 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty, filed.(Cano, David) (Entered: 09/15/2023) |
| 09/25/2023 | 30 | ORDER granting 27 Waiver of Presence at Arraignment as to Deivis Reinaldo Rodriguez-Ramirez (3).(Signed by Magistrate Judge Julie K Hampton.) Parties notified. (RochelleLimon, 2) (Entered: 09/25/2023) |
| 10/13/2023 | 33 | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 Proposed Order Granting Unopposed Motion for Continuance)(Cano, David) (Entered: 10/13/2023) |
| 10/24/2023 | 36 | ORDER granting 33 Motion to Continue as to Deivis Reinaldo Rodriguez-Ramirez (3) Final Pretrial Conference set for 1/25/2024 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Trial set for 2/5/2024 at 09:00 AM before Judge Nelva Gonzales Ramos. **ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO FPTC DATE.** (Signed by Judge Nelva Gonzales Ramos.) Parties notified.(FrancesCarbia, 2) (Entered: 10/24/2023) |
| 10/25/2023 | 37 | MOTION to Release Material Witnesses by Edgar Ramon-Huitz, Jamie Ismael Elvir-Elvir as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 proposed order)(Flores, Rene) (Entered: 10/25/2023) |
| 01/19/2024 | 58 | Unopposed MOTION to Continue Final Pretrial Conference and Trial by Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 Proposed Order Granting Unopposed Motion for Continuance)(Cano, David) (Entered: 01/19/2024) |

| | | |
|---|---|---|
| 01/22/2024 | 59 | ORDER as to Deivis Reinaldo Rodriguez-Ramirez granting 58 Unopposed MOTION to Continue Final Pretrial Conference and Trial ( Final Pretrial Conference set for 4/25/2024 at 09:00 AM before Judge Nelva Gonzales Ramos, Jury Trial set for 5/6/2024 at 09:00 AM before Judge Nelva Gonzales Ramos) ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (LeticiaGarza, 2) (Entered: 01/22/2024) |
| 03/15/2024 | 67 | Sealed Event, filed. (Entered: 03/15/2024) |
| 04/01/2024 | 77 | Sealed Event, filed. (Entered: 04/02/2024) |
| 04/19/2024 | 78 | Unopposed MOTION to Continue Final Pretrial Conference and Trial by Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 Proposed Order Granting Unopposed Motion for Continuance) (Cano, David) (Entered: 04/19/2024) |
| 04/19/2024 | 79 | ORDER as to Deivis Reinaldo Rodriguez-Ramirez granting 78 Unopposed MOTION to Continue Final Pretrial Conference and Trial ( Final Pretrial Conference set for 6/27/2024 at 10:00 AM before Magistrate Judge Julie K Hampton, Jury Trial set for 7/8/2024 at 09:00 AM before Judge Nelva Gonzales Ramos) ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (lg2) (Entered: 04/19/2024) |
| 04/19/2024 | 80 | ORDER SETTING DEPOSITIONS as to Deivis Reinaldo Rodriguez-Ramirez. Material Witnesses, Jaime Israel Elvir-Elvir and Edgar Ramon-Huitz, Hearing set for 5/2/2024 at 10:00 AM before Magistrate Judge Julie K Hampton ( Signed by Magistrate Judge Julie K Hampton) Parties notified. DUSM CONFIRMED RECEIPT OF THIS ORDER. (lg2) (Entered: 04/19/2024) |
| 04/25/2024 | 81 | MOTION to Continue Deposition of Material Witnesses *set on May 2, 2024* by Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 Proposed Order Granting Motion for Continuance) (Cano, David) (Entered: 04/25/2024) |
| 04/25/2024 | 82 | NOTICE OF SETTING as to Deivis Reinaldo Rodriguez-Ramirez. Motion Hearing set for 5/1/2024 at 10:15 AM before Magistrate Judge Julie K Hampton, filed. (sbo2) (Entered: 04/25/2024) |
| 05/01/2024 | 83 | ORDER denying 81 Motion to Continue as to Deivis Reinaldo Rodriguez-Ramirez (3). (Signed by Magistrate Judge Julie K Hampton.) Parties notified. (lg2) (Entered: 05/01/2024) |
| 05/01/2024 | | Minute Entry for proceedings held before Magistrate Judge Julie K Hampton: MOTION HEARING as to Deivis Reinaldo Rodriguez-Ramirez held on 5/1/2024 Discussion was heard pertaining to the Defendant possibly violating his bond conditions by traveling outside the assigned jurisdiction. Court orders Defendant to report to the USPO office and speak to USPO Botello to update his information and let him know of his whereabouts. If any additional steps are necessary, the USPO will inform the Court. Discussion was also heard pertaining to the Motion to continue the Deposition Hearing scheduled. Defense counsel requested a continuance. After a discussion, neither party had any objection as to the defendant appearing by video conference for the deposition hearing. Court denies Motion and deposition hearing will go forward as regularly scheduled for May 2, 2024 at 10:00 a.m. Appearances:AUSA: Patrick Overman. Rene C Flores, David Cano.(Digital # 10:37-11:10)(ERO:Frenchie Carbia) Deft continued on Bond, filed. (as2) (Entered: 05/01/2024) |
| 05/03/2024 | 84 | Unopposed MOTION to Release Material Witnesses by Edgar Ramon-Huitz, Jamie Ismael Elvir-Elvir as to Daikiel Perdomo-Castro, Macdiel Labrada-Martin, Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 Proposed Order) (Flores, Rene) (Entered: 05/03/2024) |

| | | |
|---|---|---|
| 05/03/2024 | 85 | ORDER granting 84 Motion to Release Material Witnesses Jamie Ismael Elvir-Elvir and Edgar Ramon-Huitz as to Daikiel Perdomo-Castro (1), Macdiel Labrada-Martin (2), Deivis Reinaldo Rodriguez-Ramirez (3).Copy emailed to USMS.(Signed by Magistrate Judge Julie K Hampton.) Parties notified. (jrm2) (Entered: 05/03/2024) |
| 06/11/2024 | 89 | Unopposed MOTION to Continue Final Pretrial Conference *set on July 8, 2024* by Deivis Reinaldo Rodriguez-Ramirez, filed. (Attachments: # 1 Exhibit A, # 2 Proposed Order Granting Unopposed Motion for Continuance) (Cano, David) (Entered: 06/11/2024) |
| 06/12/2024 | 90 | ORDER as to Deivis Reinaldo Rodriguez-Ramirez granting 89 Unopposed MOTION to Continue Final Pretrial Conference *set on July 8, 2024* ( Final Pretrial Conference set for 8/27/2024 at 10:00 AM before Magistrate Judge Julie K Hampton, Jury Trial set for 9/9/2024 at 09:00 AM before Judge Nelva Gonzales Ramos) ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (lg2) (Entered: 06/12/2024) |
| 07/16/2024 | | US ATTORNEY'S NOTICE OF APPEARANCE. John Robert Lamont appearing for USA, filed. (Lamont, John) (Entered: 07/16/2024) |
| 08/02/2024 | 94 | US PROBATION MEMORANDUM as to Deivis Reinaldo Rodriguez-Ramirez. Court does concur with probation recommendation. ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (mam2) (Entered: 08/02/2024) |
| 08/20/2024 | | ***Set/Reset Hearings as to Deivis Reinaldo Rodriguez-Ramirez: Final Pretrial Conference set for 8/29/2024 at 09:00 AM before Judge Nelva Gonzales Ramos (sbo2) (Entered: 08/20/2024) |
| 08/21/2024 | | **Defendant may appear by Zoom for the FPTC on 8/29/2024. Defendant can connect to our courtroom at: https://www.zoomgov.com/j/1617458859; Meeting ID: 161 745 8859; Dial by your location: 1 669 254 5252, 1 646 828 7666, or 1 669 216 1590; Join by SIP: 1617458859@sip.zoomgov.com. Defendant must mute audio if not speaking. Defendant must be logged into Zoom at least 15 minutes prior to hearing start time. Per L.R. 83.7 Except by leave of the presiding judge, no photo- or electro- mechanical means of recordation or transmission of court proceedings is permitted.** as to Deivis Reinaldo Rodriguez-Ramirez:, filed. (bnc2) (Entered: 08/21/2024) |
| 08/23/2024 | 95 | ***TIME CHANGE ONLY*** NOTICE OF RESETTING as to Deivis Reinaldo Rodriguez-Ramirez. Final Pretrial Conference set for 8/29/2024 at 10:30 AM before Judge Nelva Gonzales Ramos, filed. (bnc2) (Entered: 08/23/2024) |
| 08/26/2024 | | US ATTORNEY'S NOTICE OF APPEARANCE. Young Min C. Burkett appearing for USA, filed. (Burkett, Young Min) (Entered: 08/26/2024) |
| 08/26/2024 | 96 | EXHIBIT LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Burkett, Young Min) (Entered: 08/26/2024) |
| 08/26/2024 | 97 | WITNESS LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Burkett, Young Min) (Entered: 08/26/2024) |
| 08/26/2024 | 98 | Proposed Jury Instructions by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Burkett, Young Min) (Entered: 08/26/2024) |
| 08/26/2024 | 99 | Proposed Voir Dire by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Burkett, Young Min) (Entered: 08/26/2024) |
| 08/26/2024 | 100 | EXHIBIT LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Burkett, Young Min) (Entered: 08/26/2024) |
| 08/27/2024 | 101 | ***TIME CHANGE ONLY*** NOTICE OF RESETTING as to Deivis Reinaldo Rodriguez-Ramirez. Final Pretrial Conference set for 8/29/2024 at 11:15 AM before |

| | | |
|---|---|---|
| | | Judge Nelva Gonzales Ramos, filed. Zoom link for the defendant remains the same. (bnc2) (Entered: 08/27/2024) |
| 08/29/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: FINAL PRETRIAL CONFERENCE as to Deivis Reinaldo Rodriguez-Ramirez held on 8/29/2024. Parties announce ready for trial. ETT: 2 days. No objections to 97 Govt's witness list. No objections to 100 Govt's amended exhibit list. Govt's exhibits 1-12 preadmitted. Jury Selection and Trial set for 9/9/2024 at 08:30 AM before Judge Nelva Gonzales Ramos. Appearances: John Robert Lamont, David Cano.(Digital # 11:33-11:38) (ERO:N. Garcia) (Interpreter:JC Morales) Deft continued on bond, filed. (bnc2) (Entered: 08/29/2024) |
| 08/29/2024 | 102 | EXHIBIT LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Lamont, John) (Entered: 08/29/2024) |
| 08/29/2024 | 112 | EXHIBIT LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Entered: 09/10/2024) |
| 09/06/2024 | 103 | WITNESS LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (Martin, Ashley) (Entered: 09/06/2024) |
| 09/09/2024 | 104 | Government's Peremptory Challenges as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Entered: 09/09/2024) |
| 09/09/2024 | 105 | Defendant's Peremptory Challenges as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Entered: 09/09/2024) |
| 09/09/2024 | 106 | Jury List as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Entered: 09/09/2024) |
| 09/09/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: JURY SELECTION AND FIRST DAY OF JURY TRIAL as to Deivis Reinaldo Rodriguez-Ramirez held on 9/9/2024. Voir dire. 12 jurors and 1 alternate selected. Jurors sworn in. Preliminary jury instructions. Opening statements. Juror #12 advises the Court he has a conflict and is requesting to be excused. Attorneys agree to release juror #12. The Court will proceed with 12 jurors. Witnesses: Rodolfo Gonzales, Edgar Castro, Juan Gracia, Jaimie Ismael Elvir-Elvir by video deposition, Edgar Geovany Ramon-Huitz by video deposition. Jury is excused for the day and directed to return on Tuesday at 8:30 a.m. Informal jury charge conference. Attorneys to be present at 8:20 a.m. on Tuesday. Appearances:Ashley Martin. Young Min C. Burkett, David Cano.(Digital # 8:31-8:56, 9:25-10:58, 11:15-11:41, 12:52-2:33, 2:53-4:32)(ERO:M. Solis, N. Avila) (Interpreter:J. Palma, C. Helmrichs) Deft continued on bond, filed. (bnc2) (Entered: 09/09/2024) |
| 09/09/2024 | 111 | WITNESS LIST by USA as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Entered: 09/10/2024) |
| 09/10/2024 | 107 | Court's Instructions to the Jury as to Deivis Reinaldo Rodriguez-Ramirez (signed by Judge Nelva Gonzales Ramos), filed. (bnc2) (Entered: 09/10/2024) |
| 09/10/2024 | 108 | Certificate of Exhibits to the Jury as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Entered: 09/10/2024) |
| 09/10/2024 | 109 | Jury Note No. 1 as to Deivis Reinaldo Rodriguez-Ramirez, filed. (bnc2) (Additional attachment(s) added on 9/10/2024: # 1 Unredacted attachment) (bnc2). (Entered: 09/10/2024) |
| 09/10/2024 | 110 | JURY VERDICT as to Deivis Reinaldo Rodriguez-Ramirez (3) Guilty on Count 1,2-3, filed. (bnc2) (Additional attachment(s) added on 9/10/2024: # 1 Unredacted attachment) (bnc2). (Entered: 09/10/2024) |

| | | |
|---|---|---|
| 09/10/2024 | 113 | Trial Exhibits to 112 Exhibit List as to Deivis Reinaldo Rodriguez-Ramirez. Attached documents may be viewed in the Office of the Clerk., filed. (bnc2) (Entered: 09/10/2024) |
| 09/10/2024 | 114 | SENTENCING ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Deivis Reinaldo Rodriguez-Ramirez. PSI Completion due by 10/25/2024 Objection to PSI due by 11/12/2024 Responses to Objections due by 11/15/2024. Final PSI due by 11/25/2024 Deadline for Motions for Continuance: 11/29/2024. Supporting Documents due by 11/29/2024. Sentencing set for 12/4/2024 at 10:00 AM before Judge Nelva Gonzales Ramos ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (bnc2) (Entered: 09/10/2024) |
| 09/10/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: SECOND DAY OF JURY TRIAL as to Deivis Reinaldo Rodriguez-Ramirez held on 9/10/2024. Witness: Alejandro Gonzalez. Govt rests. Deft moves for judgment of acquittal. Arguments heard. Court denies Defts motion for judgment of acquittal. Deft rests. Jury charge conference (jury not present). Final jury instructions. Closing arguments. Attorneys certify exhibits being sent to jury. Jury begins deliberations. Jury note no. 1. Jury reaches a verdict. Jury finds the Defendant GUILTY on Counts 1, 2, 3 of the Indictment. Jury is polled. Jury is excused. PSI ordered. Appearances:Ashley Martin. Young Min C. Burkett, David Cano. (Digital # 8:20-9:13, 9:31-10:33, 11:24-11:29, 11:39-11:42)(ERO:M. Solis) (Interpreter:J. Palma, C. Helmrichs, USPO R. Garcia) Deft continued on bond, filed. (bnc2) (Entered: 09/10/2024) |
| 10/25/2024 | 116 | Attorney Only Document (Sealed) as to Deivis Reinaldo Rodriguez-Ramirez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (bnb2) (Entered: 10/25/2024) |
| 11/05/2024 | 119 | NOTICE OF RESETTING as to Deivis Reinaldo Rodriguez-Ramirez. Sentencing set for 12/3/2024 at 02:30 PM before Judge Nelva Gonzales Ramos, filed. (bnc2) (Entered: 11/05/2024) |
| 11/21/2024 | 120 | Final Presentence Investigation Report (Sealed) as to Deivis Reinaldo Rodriguez-Ramirez, filed. (acg6) (Entered: 11/21/2024) |
| 11/21/2024 | 121 | Sealed Addendum to 120 Final Presentence Investigation Report (Sealed) as to Deivis Reinaldo Rodriguez-Ramirez, filed. (acg6) (Entered: 11/21/2024) |
| 11/21/2024 | 122 | Confidential Sentencing Recommendation(Sealed) regarding Deivis Reinaldo Rodriguez-Ramirez, filed. (acg6) (Entered: 11/21/2024) |
| 12/03/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: Sentencing held on 12/3/2024 for Deivis Reinaldo Rodriguez-Ramirez (3), 1, 2-3, 18 months CBOP on Counts 1, 2, 3 to be served concurrently for a total of 18 months CBOP; $100 Special Assessment on Counts 1, 2, 3 for a total of $300 Special Assessment; No add'l assessment as Deft is indigent; 2 years of Supervised Release on Counts 1, 2, 3 to be served concurrently for a total of 2 years of Supervised Release; Standard and Mandatory Conditions; Immigration Related Requirements. Court adopts PSR as written. Deft advised of right to appeal. Appearances:USPO M. Essenburg. David Cano, John Robert Lamont.(Digital # 2:29-2:44)(ERO:J. Marks) (Interpreter:JC Morales) Deft continued on bond - voluntary surrender, filed. (bnc2) (Entered: 12/03/2024) |
| 12/04/2024 | 123 | JUDGMENT as to Deivis Reinaldo Rodriguez-Ramirez ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (fmc2) (Entered: 12/04/2024) |
| 12/04/2024 | 124 | Statement of Reasons (Sealed) as to Deivis Reinaldo Rodriguez-Ramirez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at |

| | | |
|---|---|---|
| | | http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. (Entered: 12/04/2024) |
| 12/26/2024 | 125 | ORDER TO SURRENDER on January 14, 2025 to Federal Correctional Institution Oakdale II, 2105 East Whatley Road, Oakdale, LA 71463 as to Deivis Reinaldo Rodriguez-Ramirez ( Signed by Judge Nelva Gonzales Ramos) Parties notified. Order hand delivered to USMS (ntg2) (Entered: 12/26/2024) |
| 01/07/2025 | | ***Delivery Confirmation for delivery date(s) 12/31/2024 at 8:40 am re: 126 Document(s) Sent,, filed. (bnc2) (Entered: 01/07/2025) |
| 01/14/2025 | 127 | CLERKS NOTICE Regarding Exhibits as to Deivis Reinaldo Rodriguez-Ramirez. The offering party must take possession of the exhibits submitted into evidence by deadline. If the exhibits are not retrieved by the deadline, they will be destroyedExhibit Destruction Deadline set for 1/29/2025, filed. (bnc2) (Entered: 01/14/2025) |
| 01/15/2025 | 128 | Receipt for Withdrawal of Exhibits. Exhibits appearing on 127 Notice Regarding Exhibits, have been received by Debra Hohle, representative of Government, filed. (var2) (Entered: 01/15/2025) |