# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-516 |
| Plaintiff, | |
| vs. | Magistrate Judge Peter B. Silvain, Jr. |
| DEIVIS REINALDO RODRIGUEZ-RAMIREZ, | |
| Defendant. | |

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5.  Defendant herein was arrested in this District upon his failed compliance with an order to surrender from the United States District Court for the Southern District of Texas, in Case No. 2:23-CR-00466-003.  Defendant appeared in open Court on December 8, 2025, and was advised of his rights with a court-appointed interpreter present. On advice of counsel, Defendant waived proof that he is the person named in the order to surrender and his right to an Identity Hearing.  The Court finds the waiver, knowing, intelligent and voluntary. Additionally, on advice of counsel, Defendant knowingly, intelligently, and voluntarily waived the preliminary examination. Finally, on advice of counsel, Defendant waived his right to a detention hearing and agreed to be detained in the custody of the United States Marshal pending final resolution of the instant case.

**IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the Southern District of Texas, for any other proceedings, as ordered by that court.

Pending hearings in the United States District Court for the Southern District of Texas, Defendant is remanded to the custody of the United States Marshal.

December 9, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge